**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Sepehr Daghighian (SBN 239349)
Michael William Oppenheim (SBN 331956)
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiff,
**RICHARD W. LEE**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Michael J. Hurvitz (SBN 249050)
Ian G. Shuler (SBN 275052)
750 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.489.6110
Facsimile:  619.821.2834
Attorneys for Defendant
**BMW OF NORTH AMERICA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. LEE, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-01737-JWH-ADS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br> Judge:   Hon. John W. Holcomb |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Richard W. Lee ("Plaintiff") and Defendant BMW of North America, LLC ("Defendant" or "BMW") (collectively the "Parties") have reached a settlement as to the underlying claims and payment of Plaintiff's attorney's fees and costs in the above-referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

IT IS SO STIPULATED.

Dated:   October 15, 2024,        **CALIFORNIA CONSUMER ATTORNEYS, PC**

/s/ Michael William Oppenheim
Michael H. Rosenstein
Sepehr Daghighian
Michael William Oppenheim
Attorneys for Plaintiff,
**RICHARD W. LEE**

Dated:   October 15, 2024,        **NELSON MULLINS RILEY & SCARBOROUGH, LLP**

/s/ Michael J. Hurvitz
Michael J. Hurvitz
Ian G. Shuler
Attorneys for Defendant,
**BMW OF NORTH AMERICA, LLC**