**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Michael William Oppenheim
mwo@calattorneys.com
E-Service : eservice@calattorneys.com
10866 Wilshire Blvd, Suite 1200
Los Angeles, CA 90024
Telephone:  (310) 872-2600
Facsimile:  (310) 730-7377

Attorneys for Plaintiff,
**RICHARD W. LEE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. LEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company , and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-01737-JWH-ADS<br><br>Assigned to: Hon. John W. Holcomb<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Richard W. Lee ("Plaintiff") and BMW of North America, LLC ("Defendant") (collectively the "Parties") respectfully submit the following Joint Request for Dismissal of the above captioned matter with prejudice.

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties.

The Parties stipulate that the Court shall retain jurisdiction of the matter, if necessary to effectuate the settlement agreement in this matter.

Dated: March 19, 2025          **CALIFORNIA CONSUMER ATTORNEYS, P.C.**

*/s/ Sepehr Daghighian*
Michael H. Rosenstein
Sepehr Daghighian
Michael William Oppenheim
Attorneys for Plaintiff,
**RICHARD W. LEE**

Dated: March 19, 2025          **NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Michael J. Hurvitz*
Michael J. Hurvitz
Ian G. Schuler
Attorneys for Defendant,
**BMW OF NORTH AMERICA, LLC**

## SIGNATURE ATTESTATION

I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained Defendant's counsel's authorization to affix their electronic signature to this document.

**CALIFORNIA CONSUMER ATTORNEYS, P.C.**

*/s/ Sepehr Daghighian*
Michael H. Rosenstein
Sepehr Daghighian
Michael William Oppenheim
Attorneys for Plaintiff,
**RICHARD W. LEE**